UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ROSE SALAIZ** *on behalf of herself and all others similarly situated*, <br><br> *Plaintiff*, <br> v. <br><br> **COREBRIDGE FINANCIAL, INC.,** *a Delaware Corporation,* <br><br> *Defendant*. | § § § § § § § § § § § § § § | EP-25-CV-0012-DCG |

## DISMISSAL ORDER

Pursuant to the parties' "Joint Stipulation of Dismissal" (ECF No. 15), the Court **DISMISSES** Plaintiff's individual claims with prejudice and her class claims without prejudice. Each party shall bear its own attorneys' fees and court costs.

**IT IS ORDERED** that the Clerk of Court **CLOSE** this case.

**So ORDERED and SIGNED this 25th day of June 2025.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE